**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   RAMONA D JONES                                         Case No.: 11-28210

Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/08/2011.

2) This case was confirmed on 09/28/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/28/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/07/2011.

5) The case was dismissed on 02/01/2012.

6) Number of months from filing to the last payment:  3

7) Number of months case was pending:  11

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     3,100.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 1,161.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 1,161.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 1,067.67 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 61.53 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 1,129.20 |
| Attorney fees paid and disclosed by debtor | $ | 500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SER | PRIORITY | NA | 369.73 | 369.73 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 463.72 | 463.72 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 433.48 | 433.48 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 235.00 | 488.00 | 488.00 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 240.00 | 603.08 | 603.08 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 864.00 | 3,364.48 | 3,364.48 | .00 | .00 |
| CHASE AUTO FINANCE | SECURED | 17,000.00 | 16,758.55 | 16,758.55 | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | 132,310.00 | 115,737.73 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | NA | 16,572.54 | 16,722.54 | .00 | .00 |
| BANK OF AMERICA | OTHER | NA | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 763.14 | 2,699.21 | 2,699.21 | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | 930.60 | 953.53 | 953.53 | 31.80 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | NA | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 368.50 | 280.69 | 280.69 | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 932.00 | 954.96 | .00 | .00 | .00 |
| QUANTUM3 GROUP LLC | UNSECURED | NA | 764.04 | 764.04 | .00 | .00 |
| BANK OF AMERICA NA | SECURED | 10,924.00 | .00 | .00 | .00 | .00 |
| CHASE AUTO FINANCE | UNSECURED | 290.00 | NA | NA | .00 | .00 |
| MB FINANCIAL | SECURED | 39,053.00 | 39,169.79 | .00 | .00 | .00 |
| MB FINANCIAL | UNSECURED | 6,463.00 | NA | NA | .00 | .00 |
| MB FINANCIAL | SECURED | 346.70 | .00 | .00 | .00 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| SCHOTTLER & ASSOCIAT | PRIORITY | 3,000.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVOCATE HEALTH CARE | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| SOUTHWEST PATHOLOGY | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | OTHER | .00 | NA | NA | .00 | .00 |
| CHICAGO TRIBUNE | OTHER | .00 | NA | NA | .00 | .00 |
| BLACK EXPRESSIONS | UNSECURED | 79.82 | NA | NA | .00 | .00 |
| CHICAGO IMAGING LTD | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| CINGULAR | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 168.18 | NA | NA | .00 | .00 |
| WALGREENS STORE 4948 | OTHER | .00 | NA | NA | .00 | .00 |
| WOW CHICAGO | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 334.00 | 324.97 | 324.97 | .00 | .00 |
| SUN TIMES | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 341.00 | NA | NA | .00 | .00 |
| TRINITY NATIONAL EME | OTHER | .00 | NA | NA | .00 | .00 |
| HOUSEHOLD CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECT LOAN SERVICIN | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | OTHER | .00 | NA | NA | .00 | .00 |
| T MOBILE | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 395.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 461.00 | NA | NA | .00 | .00 |
| CINGULAR | OTHER | .00 | NA | NA | .00 | .00 |
| FLORIDA HOSPITAL | UNSECURED | 2,457.61 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 381.00 | 381.92 | 381.92 | .00 | .00 |
| GREAT AMERICAN FINAN | OTHER | .00 | NA | NA | .00 | .00 |
| FLORIDA EMERGENCY PH | UNSECURED | 855.36 | NA | NA | .00 | .00 |
| TELECOM | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 3,536.35 | 2,049.45 | 2,049.45 | .00 | .00 |
| EVERGREEN MEDICAL SP | UNSECURED | 38.00 | NA | NA | .00 | .00 |
| TRINITY HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| AXIA COLLEGE OF UNIV | OTHER | .00 | NA | NA | .00 | .00 |
| OMNIUM WORLDWIDE | OTHER | .00 | NA | NA | .00 | .00 |
| SPRINT | OTHER | .00 | NA | NA | .00 | .00 |
| CINGULAR | UNSECURED | 738.80 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY | OTHER | .00 | NA | NA | .00 | .00 |
| HOME DEPOT | OTHER | .00 | NA | NA | .00 | .00 |
| UNIVERSITY OF PHOENI | UNSECURED | 2,347.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 198.19 | .00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| US EMPLOYEES CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| US EMPLOYEES CU | UNSECURED | 4,847.20 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | .00 | NA | NA | .00 | .00 |
| WOW INTERNET AND CAB | UNSECURED | 278.24 | NA | NA | .00 | .00 |
| LAKISHA WHEELER | OTHER | .00 | NA | NA | .00 | .00 |
| TARINA WILLIAMS | OTHER | .00 | NA | NA | .00 | .00 |
| LORETTA JONES | OTHER | .00 | NA | NA | .00 | .00 |
| LORETTA JONES | OTHER | .00 | NA | NA | .00 | .00 |
| LORETTA JONES | OTHER | .00 | NA | NA | .00 | .00 |
| REGINALD JONES | OTHER | .00 | NA | NA | .00 | .00 |
| REGINALD JONES JR | OTHER | .00 | NA | NA | .00 | .00 |
| REGINALD JONES | OTHER | .00 | NA | NA | .00 | .00 |
| REGINALD JONES JR | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 16,722.54 | .00 | .00 |
| Debt Secured by Vehicle | 16,758.55 | .00 | .00 |
| All Other Secured | 953.53 | 31.80 | .00 |
| **TOTAL SECURED:** | 34,434.62 | 31.80 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 369.73 | .00 | .00 |
| **TOTAL PRIORITY:** | 369.73 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 11,853.04 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,129.20 |
| Disbursements to Creditors | $ | 31.80 |
| **TOTAL DISBURSEMENTS:** | $ | 1,161.00 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    06/04/2012                                   /s/ Tom Vaughn
                                                       Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**